United States Bankruptcy Court
Southern District of Ohio

**FILED**
2019 MAY -1 PM 2: 58
RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

In re: Leonard Nyamusevya

Case No. **19-52868**

Chapter 13

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: May 1, 2019

/s/ Leonard Nyamusevya
Signature of Debtor

N/A
Signature of Joint Debtor

Abn Amro Mortgage Grou
2600 West Big Beaver Rd.
Troy, MI 48084

Aes/brazos/us Bank
Po Box 61047
Harrisburg, PA 17106

Ars /Account Resolution Services
1801 Nw 66th Ave
Fort Lauderdal, FL 33313

Child Support Enforcement Agency
80 East Fulton Street
Columbus, OH 43215

Choice Recovery
1550 Old Henderson Rd St
Columbus, OH 43220

CitiMortgage
1000 Technology Dr.
MS 314
O Fallon, MO 63368-2240

Columbus State Community College
550 East Spring St
Columbus, OH 43215

Consolata Nkurunziza
376 Hemston Dr.
Columbus, OH 43230

Credit Management
4200 International
Carrollton, TX 75007

Doucet and Associates
700 Stonehenge Pkwy.
Suite 2B
Dublin, OH 43017

Federal Bureau of Investigation
Room 9000
550 Main St.
Cincinnati, OH 45202-8501

Franklin County Treasurer
373 S. High Street
17th Floor
Columbus, OH 43215

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Lerner, Sampson, Rothfuss
PO Box 5480
Cincinnati, OH 45201

Mike Dewine
Attorney General Office
30 E. Broad, 14th Floor
Columbus, OH 43215

National Education S
200 W Monroe St Ste 700
Chicago, IL 60606

Natl Cty Crd
K-a16-2j
Kalamazoo, MI 49009

Natnl Education/glesi
Po Box 7860
Madison, WI 53707

Ohio Dept Of Human S
373 S High St 13 Floor
Columbus, OH 43215-6303

Peter Cozmyk
6100 Oak Tree Blvd.
Suite 200
Independence, OH 44131

Us Dept Of Ed/glelsi
Po Box 7860
Madison, WI 53707

Us Dept Of Education
Attn: Bankruptcy
Po Box 16448
Saint Paul, MN 55116

US Senator Rob Portman
Senate Office Building
338 Russel
Washington, DC 20510