| Fill in this information to identify your case: | |
|---|---|
| Debtor 1  LEONARD                   NYAMUSEVYA | |
|          First Name   Middle Name   Last Name | |
| Debtor 2  NONE        N/A | |
| (Spouse, if filing) First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: Southern District of Ohio | |
| Case number  2:19-bk-52868 | |
| (If known) | |

FILED
2019 AUG -5 PM 3:35

RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO



☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Capitol Mortgage Services, Inc.<br>Description of property securing debt: Real estate located at 2064 Worcester Court, Columbus, Ohio 43232 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: Satisfied Paid in Full; Exempted; I owe $0.00 | ☐ No<br>☑ Yes |
| Creditor's name: Dept of Treasury-Internal Revenue Service<br>Description of property securing debt: Real estate located at 2064 Worcester Court, Columbus, Ohio 43232. | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: Disputed; Exempted; Residence & Business | ☐ No<br>☑ Yes |
| Creditor's name: NONE    N/A<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: NONE    N/A<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Official Form 108        Statement of Intention for Individuals Filing Under Chapter 7        page 1

Debtor 1  **LEONARD      NYAMUSEVYA**           Case number (If known) 2:19-bk-52868
         First Name  Middle Name   Last Name

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: NONE | N/A | ☐ No ☐ Yes |
| Description of leased property: NONE | N/A | |
| Lessor's name: NONE | N/A | ☐ No ☐ Yes |
| Description of leased property: NONE | N/A | |
| Lessor's name: NONE | N/A | ☐ No ☐ Yes |
| Description of leased property: NONE | N/A | |
| Lessor's name: NONE | N/A | ☐ No ☐ Yes |
| Description of leased property: NONE | N/A | |
| Lessor's name: NONE | N/A | ☐ No ☐ Yes |
| Description of leased property: NONE | N/A | |
| Lessor's name: NONE | N/A | ☐ No ☐ Yes |
| Description of leased property: NONE | N/A | |
| Lessor's name: NONE | N/A | ☐ No ☐ Yes |
| Description of leased property: NONE | N/A | |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✘ /se/ LEONARD NYAMUSEVYA          ✘ NONE       N/A
Signature of Debtor 1                Signature of Debtor 2

Date 08/05/2019                      Date _____
    MM / DD / YYYY                        MM / DD / YYYY

# Luper & Neidenthal Logan

*A Legal Professional Association*

**William B. Logan, Jr., Trustee**

Direct Dial #: (614) 229-4449

August 2, 2019

Leonard Nyamusevya, Sr.
Po Box 314
Reynoldsburg, OH 43068

Re:  Leonard Nyamusevya, Sr.
     Case No.: 19-52868-JEH
     Meeting of Creditors: 08/27/2019 @ 11:00AM

Dear Leonard Nyamusevya, Sr.:

I have been assigned as Trustee in your Chapter 7 case. **I represent the interests of your creditors, and cannot and will not provide any legal advice to you.** In order for me to perform my duties as Trustee, you need to take the following action immediately:

1. You need to file a Statement of Intention regarding property which you own or lease, and which is subject to a claim of one of your creditors. I have enclosed a copy of the Statement of Intention, which you must fill out, file with the Court, and provide a copy to me, to the United States Trustee, and to any creditor which has rights in that property.

2. You must supply to me, at **least seven (7) days prior to your meeting of creditors**, a complete copy of your last federal income tax return, or a transcript of that return which you obtain from the Internal Revenue Service.

3. You must supply me with copies of titles to all motor vehicles in which you have an interest. This includes vehicles which are financed. If you do not have the white Memorandum Certificate of Title, then you must obtain a photocopy from the creditor which holds an interest in the vehicle.

4. You must supply me with copies of all of your payment advices or other evidence of payment received by you from an employer within sixty (60) days before the date of filing of your bankruptcy petition.

| Debtor 1 | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number
(if known) _____

☐ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7                      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
☐ creditors have claims secured by your property, or
☐ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:** List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>☐ Yes |
| Creditor's name: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ☐ No<br><br>☐ Yes |