UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 19-52868 |
| LEONARD NYAMUSEVYA, SR. FDBA ACADEMIC I AM | Chapter 7 |
| | Judge John Hoffman, Jr. |
| Debtor. | |
| | **NOTICE OF PROPOSED ABANDONMENT OF CITIMORTGAGE, INC. (PROPERTY LOCATED AT 2064 WORCESTER COURT COLUMBUS, OHIO, OH 43232)** |

Please be advised that CitiMortgage, Inc. has requested the Trustee to abandon certain real estate as described below:

| | |
|---|---|
| Property Address: | 2064 Worcester Court, Columbus, Ohio, OH 43232 |
| Debt Owed Creditor: | $94,994.03 plus interest at 6.250% |
| Additional Liens: | Consolata Nkurunziza |
| Fair Market Value: | $163,100.00 |

      You are notified that unless a written objection is filed with the Court and served on the undersigned within twenty-one (21) days stating a colorable basis for said objection, the Trustee may abandon the described real estate.

      /s/Joel K. Jensen
Joel K. Jensen, Case Attorney
Ohio Supreme Court Reg. No. 0029302
Attorney for CitiMortgage, Inc.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
sohbk@lsrlaw.com

DATED AND MAILED:   September 20, 2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 19-52868 |
| Leonard Nyamusevya, Sr. fdba Academic I Am | Chapter 7 |
| | Judge John E. Hoffman, Jr. |
| Debtor. | **CERTIFICATE OF SERVICE OF NOTICE OF PROPOSED ABANDONMENT OF PROPERTY LOCATED AT 2064 WORCESTER COURT COLUMBUS, OHIO, OH 43232** |

The undersigned certifies that a copy of the attached Notice of Proposed Abandonment was served this date on the party whose name and address is listed below as and for NOTICE that the attached Notice of Proposed Abandonment of Property is being filed with the Court. The undersigned will present to the Court a Trustee's Abandonment of Property abandoning the real estate unless, within twenty-one (21) days after this date, a written memorandum in opposition along with a request for a hearing is filed with the Court and served on the undersigned.

DATED: September 20, 2019

        /s/Joel K. Jensen
Joel K. Jensen, Case Attorney
Ohio Supreme Court Reg. No. 0029302
Attorney for CitiMortgage, Inc.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
sohbk@lsrlaw.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Proposed Abandonment Of Property and Certificate of Service of the Notice of Proposed Abandonment of Property of the secured creditor, CitiMortgage, Inc. was served electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the court and by Ordinary U.S. Mail on September 20, 2019 addressed to:

Leonard Nyamusevya, Sr.
fdba Academic I Am
PO Box 314
Reynoldsburg, OH 43068

Consolata Nkurunziza - TitleHolder
3211 Charlemagne Avenue
Hazel Crest, IL 60429

Harry W. Cappel (0066513)
Dinsmore & Shohl LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

Nathan H. Blaske (0076460)
Dinsmore & Shohl LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

                                          /s/Joel K. Jensen
                                        Joel K. Jensen, Case Attorney
                                        Ohio Supreme Court Reg. No. 0029302