# EXHIBIT A

201903909
sb

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 19-52868 |
| Leonard Nyamusevya, Sr. | Chapter 7 |
| *fdba Academic I Am* | Judge John E. Hoffman, Jr. |
| Debtor. | |
| | **TRUSTEE'S ABANDONMENT OF PROPERTY** |
| | (PROPERTY LOCATED AT 2064 WORCESTER COURT, COLUMBUS, OHIO, OH 43232) |

On request of the secured creditor, CitiMortgage, Inc., for abandonment by the Trustee of certain real estate described herein; and it appearing that there is no equity in the property described herein for the benefit of unsecured creditors, the Trustee does hereby abandon the following described property as an asset that is of inconsequential value to the estate; to wit:

See Attached Legal Description

FOR LEGAL DESCRIPTION, SEE EXHIBIT A ATTACHED HERETO

_____
Christal L. Caudill, Trustee