**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No. 19-52868 |
| | : | |
| Leonard Nyamusevya, Sr. | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

**TRUSTEE'S ABANDONMENT OF PROPERTY**

The undersigned Trustee has determined the real estate located at 2064 Worcester Court, Columbus Ohio 43232 herein has no equity for the benefit of unsecured creditors. The Trustee hereby abandons the following described property as an asset that is of inconsequential value to the estate; to wit:

See Attached Legal Description

FOR LEGAL DESCRIPTION, SEE EXHIBIT A ATTACHED HERETO

/s/Christal L. Caudill, Trustee
Christal L Caudill, Trustee
3757 Attucks Drive
Powell, Ohio 43065
clcaudill@caudill-law.com
(614) 389-4942 (Telephone)
(614) 389-3857 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Abandonment of the Property, was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by ordinary U.S. Mail on this the 16<u>th</u> day of <u>October 2019</u> addressed to:

Leonard Nyamusevya, Sr.
PO Box 314
Reynoldsburg, OH 43068

Consolata Nkurunziza - TitleHolder
3211 Charlemagne Avenue
Hazel Crest, IL 60429

/s/Christal L. Caudill
Christal L. Caudill, Trustee

# Exhibit "A"

## Legal Description

Situated in the State of Ohio, in the County of
Franklin and in the City of Columbus:

Being Lot Number Two Hundred Seventy-Five (275), of
amended plat of WALNUT HILL PARK, SECTION 2, as the
same is numbered and delineated upon the recorded plat
thereof, of record in Plat Book  38, page 77,
Recorder's Office, Franklin County, Ohio.

N-258-K
ALL OF
(010)
144771

Property Address: 2064 Worcester Court, Columbus, OH 43232
Parcel No: 010-144771
Prior Deed Reference: 200011300241894

DESCRIPTION VERIFIED
DEAN C. RINGLE, P.E., P.S.
BY:
DATE: 10/21/2010

* APPROVAL NOT NEEDED
STRAIGHT LOT TRANSFER

2