**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | LEONARD | | NYAMUSEVYA |
| | First Name | Middle Name | Last Name |
| Debtor 2 | NONE | N/A | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Ohio

Case number: 2:19-bk-52868
(If known)



FILED
2020 JAN 16 PM 3:18
RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

☑ Check if this is an amended filing

JANUARY 16, 2020

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1** Capitol Mortgage Services, Inc.
Creditor's Name

445 North High Street, 5th Floor
Number  Street

Columbus    OH   43215
City        State  ZIP Code

Describe the property that secures the claim:
Real estate at 2064 Worcester court, Columbus. Ohio 43232.

$ 0.00    $ 195,000.00   $ 0.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2** Dept of Treasury-IRS
Creditor's Name
Internal Revenue Service
Number  Street

P.O. BOX: 7346

Philadelphia    PA   19101
City            State  ZIP Code

Describe the property that secures the claim:
Real estate at 2064 Worcester court, Columbus. Ohio 43232.

$ 0.00    $ 195,000.00   $ 0.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**  $ 0.00

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

Debtor 1  **LEONARD**     **NYAMUSEVYA**     Case number *(if known)* 2:19-bk-52868
First Name    Middle Name    Last Name

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**Part 1:** **Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

☐ NONE    N/A
Creditor's Name

_____
Number   Street

_____

_____
City    State   ZIP Code

**Describe the property that secures the claim:**   $_____   $_____   $_____

NONE    N/A

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

---

☐ NONE    N/A
Creditor's Name

_____
Number   Street

_____

_____
City    State   ZIP Code

**Describe the property that secures the claim:**   $_____   $_____   $_____

NONE    N/A

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

---

☐ NONE    N/A
Creditor's Name

_____
Number   Street

_____

_____
City    State   ZIP Code

**Describe the property that secures the claim:**   $_____   $_____   $_____

NONE    N/A

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 0.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $ 0.00

Debtor 1    LEONARD    NYAMUSEVYA    Case number (if known) 2:19-bk-52868
First Name  Middle Name  Last Name

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | |
|---|---|
| ABN AMRO MORTGAGE GROUP, INC.<br>Name<br><br>Number  Street<br>2600 WEST BIG BEAVER ROAD<br>TROY    MI    48084<br>City    State    ZIP Code | On which line in Part 1 did you enter the creditor? 1<br>Last 4 digits of account number ___ ___ ___ ___ |
| CITIMORTGAGE, INC.<br>Name<br><br>Number  Street<br>P.O. BOX: 6030<br>SIOUX FALLS    SD    57117<br>City    State    ZIP Code | On which line in Part 1 did you enter the creditor? 1<br>Last 4 digits of account number ___ ___ ___ ___ |
| NONE    N/A<br>Name<br><br>Number  Street<br><br><br>City    State    ZIP Code | On which line in Part 1 did you enter the creditor? _____<br>Last 4 digits of account number ___ ___ ___ ___ |
| NONE    N/A<br>Name<br><br>Number  Street<br><br><br>City    State    ZIP Code | On which line in Part 1 did you enter the creditor? _____<br>Last 4 digits of account number ___ ___ ___ ___ |
| NONE    N/A<br>Name<br><br>Number  Street<br><br><br>City    State    ZIP Code | On which line in Part 1 did you enter the creditor? _____<br>Last 4 digits of account number ___ ___ ___ ___ |
| NONE    N/A<br>Name<br><br>Number  Street<br><br><br>City    State    ZIP Code | On which line in Part 1 did you enter the creditor? _____<br>Last 4 digits of account number ___ ___ ___ ___ |

Official Form 106D    Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 3

| Form 668 (Z) (Rev. 10-2000) | 1872 | Department of the Treasury - Internal Revenue Service **Certificate of Release of Federal Tax Lien** | | |
|---|---|---|---|---|
| Area: WAGE & INVESTMENT AREA #1 Lien Unit Phone: (800) 913-6050 | | | Serial Number | For Use by Recording Office |

I certify that the following-named taxpayer, under the requirements of section 6325 of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on _____June 28_____, _____2013_____, is authorized to note the books to show the release of this lien for these taxes and additions.

002139

Name of Taxpayer    L NYAMUSEVYA SR

Residence    2064 WORCESTER CT
             COLUMBUS, OH 43232-3054

COURT RECORDING INFORMATION:

| Liber | Page | UCC No. | Serial No. |
|---|---|---|---|
| n/a | n/a | n/a | |

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | XXX-XX-0901 | 07/26/2012 | 08/25/2022 | 2828.91 |
| 1040 | 12/31/2009 | XXX-XX-0901 | 03/19/2012 | 04/18/2022 | 6384.28 |
| 1040 | 12/31/2010 | XXX-XX-0901 | 03/19/2012 | 04/18/2022 | 4758.73 |

*THE DEBTOR DID NOT OWE THESE TAXES.*
*THE DEBTOR DID NOT OWE $2,828.91 FOR 12/31/2008 TAX*
*DID NOT OWE $6,384.28 FOR 12/31/2009 TAX*
*DID NOT OWE $4,758.73 FOR 12/31/2010 TAX*

**Place of Filing**

COUNTY RECORDER
FRANKLIN COUNTY
COLUMBUS, OH 43215

Total    13971.92

This notice was prepared and signed at _____DETROIT, MI_____, on this,

the __11th__ day of __December__, __2019__.

| Signature | Title |
|---|---|
| *Joan Hsell* | Operations Manager, Centralized Lien Operation |

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Certificate of Release of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409

Part 2 - Taxpayer's Copy

Form **668 (Z)** (Rev. 10-2000)
CAT. NO 600261



Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0025

| | |
|---|---|
| Notice | CP49 |
| Tax Year | 2016 |
| Notice date | June 25, 2018 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 311301 |
| Page 1 of 3 | 9H |

340794.863476.111588.24576 1 AB 0.408 624



LEONARD NYAMUSEVYA
2064 WORCESTER CT
COLUMBUS OH 43232-3054

340794

## We applied your 2016 Form 1040 overpayment to an unpaid balance
# Amount due: $1,186.01

We applied $3,732.00 of your 2016 Form 1040 overpayment to an amount owed for 2009.

As a result, the amount you owe for 2009 is $1,186.01.

If you already have an installment or payment agreement in place for this tax year, then continue with that agreement.

**Billing Summary**

| | |
|---|---:|
| Overpayment for 2016 | -$3,732.00 |
| Amount applied to tax owed for 2009 | 3,732.00 |
| Remaining balance for 2009 | 1,186.01 |
| **Amount due** | **$1,186.01** |

*THIS AMOUNT IS NOT $6,384.28*

### What you need to do
You don't need to do anything.

Continued on back...



**Payment**

LEONARD NYAMUSEVYA
2064 WORCESTER CT
COLUMBUS OH 43232-3054

| | |
|---|---|
| Notice | CP49 |
| Notice date | June 25, 2018 |
| Social Security number | 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 |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2009), and the form number (1040) on your payment and any correspondence.

| Amount due | $1,186.01 |
|---|---:|

INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0025

268020901 LW NYAM 30 0 200912 670 00000118601

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form **410** Attachment

**In the Matter of:** LEONARD NYAMUSEVYA SR.
AKA ACADEMIC I AM
PO BOX 314
REYNOLDSBURG, OH 43068

| Case Number |
|---|
| 2:19-BK-52868 |

| Type of Bankruptcy Case |
|---|
| CHAPTER 13 |

| Date of Petition |
|---|
| 05/01/2019 |

Amendment No. 1 to Proof of Claim dated 05/17/2019.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Secured Claims**   (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-0901 | INCOME | 12/31/2008 | 07/26/2012 | $2,092.00 | $1,144.42 | $931.93 | 06/28/2013 | FRANKLIN COUNTY |
| XXX-XX-0901 | INCOME | 12/31/2009 | 03/19/2012 | $0.00 | $86.18 | $1,142.63 | 06/28/2013 | FRANKLIN COUNTY |
| XXX-XX-0901 | INCOME | 12/31/2010 | 03/19/2012 | $3,839.00 | $2,017.40 | $1,296.14 | 06/28/2013 | FRANKLIN COUNTY |
|  |  |  |  | $5,931.00 | $3,248.00 | $3,370.70 |  |  |

**Total Amount of Secured Claims:** $12,549.70

**Unsecured Priority Claims**   under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-0901 | INCOME | 12/31/2015 | ESTIMATED LIABILITY * | $0.00 | $0.00 |
| XXX-XX-0901 | INCOME | 12/31/2017 | ESTIMATED LIABILITY * | $0.00 | $0.00 |
| XXX-XX-0901 | INCOME | 12/31/2018 | ESTIMATED LIABILITY * | $0.00 | $0.00 |
|  |  |  |  | $0.00 | $0.00 |

**Total Amount of Unsecured Priority Claims:** $0.00

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-0901 | INCOME | 12/31/2013 | 09/28/2015 | $560.00 | $121.47 |

Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $143.36

**Total Amount of Unsecured General Claims:** $824.83

1872                          COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 2:19-BK-52868 | Lien Recorded    : 06/28/2013 - 00:00AM<br>Recording Number: 201306280109042<br>UCC Number       :<br>Liber            :<br>Page             : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #2<br>Lien Unit Phone: (800) 829-3903 | IRS Serial Number: 944047713 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  L NYAMUSEVYA SR

Residence:
  2064 WORCESTER CT
  COLUMBUS, OH 43232-3054

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | XXX-XX-0901 | 07/26/2012 | 08/25/2022 | $2,828.91 |
| 1040 | 12/31/2009 | XXX-XX-0901 | 03/19/2012 | 04/18/2022 | $6,384.28 |
| 1040 | 12/31/2010 | XXX-XX-0901 | 03/19/2012 | 04/18/2022 | $4,758.73 |

| Filed at: COUNTY RECORDER<br>FRANKLIN COUNTY<br>COLUMBUS, OH 43215 | Total | $13,971.92 |
|---|---|---|

This notice was prepared and executed at DETROIT, MI
on this, the 11th day of June, 2013.

| Authorizing Official:<br>  G.J. CARTER-LOUIS | Title:<br>  ACS SBSE            22-00-0008 |
|---|---|