**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**AT COLUMBUS**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-bk-52868 |
| | : | Chapter 7 |
| **Leonard Nyamusevya, Sr.** | : | |
| | : | **Judge John E. Hoffman, Jr.** |
| Debtor. | : | |

**EXHIBIT LIST**

| Designation | Description | Identified | Admitted |
|:---:|---|---|---|
| A | Certified Docket for Franklin County Clerk of Courts Case No. 10 CV 013480 (the "Foreclosure Action"). | | |
| B | Email Correspondence from May 1, 2019 – May 3, 2019 between Lerner Sampson & Rothfuss ("LSR") and the Franklin County Ohio Sheriff's Department regarding postponement and cancellation of the Sheriff's Sale. | | |
| C | Email Correspondence from May 1, 2019 – May 3, 2019 between LSR and the Franklin County Ohio Sheriff's Department with Notice of Bankruptcy Filing | | |
| D | Notice of Bankruptcy/Suggestion of Stay filed on May 1, 2019 in the Foreclosure Action. | | |
| E | Defendant's Motion to Stay and to File the 5/1/2019 Notice of Bankruptcy/Suggestion of Stay filed on May 2, 2019 in the Foreclosure Action. | | |
| F | Sheriff's Return of Order of Sale filed in the Foreclosure Action on May 3, 2019. | | |
| G | Inspection reports for property inspections ordered from 5/1/2019 – 3/2020 and labeled pages 1 -45. | | |

Respectfully submitted,

*/s/ Kara A. Czanik*
Harry W. Cappel (0066513)
Kara A. Czanik (0075165)
Nathan H. Blaske (0076460)
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH  45202
Tel:  (513) 832-5490
Fax:  (513) 977-8141
Email: kara.czanik@dinsmore.com

## **CERTIFICATE OF SERVICE**

I further certify that on this 28th day of October, 2021, a copy of the foregoing *Exhibit List* was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Leonard Nyamusevya, Sr.
PO Box 314
Reynoldsburg, OH 43068
*Debtor*

*/s/ Kara A. Czanik*
Kara A. Czanik (0075165)